UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-3594 SVW (KSx) | Date | October 11, 2017 |
|---|---|---|---|
| Title | Ron Sarfaty, et al. v. City of Los Angeles, et al. | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

      The Court, on August 28, 2017, issued an order granting the motion to dismiss in its entirety. On September 27, 2017, plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. Accordingly, the Court orders that this matter be stayed and moved to the inactive calendar pending the appeal. The parties shall notify the Court, in writing, when the stay should be lifted and request that the matter be restored to the active calendar.

                                                                                       :

Initials of Preparer        SMO