UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ron Sarfaty and Gary Scherer,** | Case No. 17-cv-03594-SVW-KS |
| Plaintiffs, | |
| v. | **Judgment** |
| **City of Los Angeles;** and Does 1-10, | |
| Defendants. | |

After full consideration of the pleadings and evidence submitted in support and in opposition of Defendant's motion to dismiss and the Court's August 28, 2017 Order regarding the same, and in light of the stipulation of the parties pertaining to Plaintiff's pending appeal, it is hereby ordered and adjudged that Defendant City of Los Angeles shall have JUDGMENT in its favor against Plaintiffs Ron Sarfaty and Gary Scherer as to all claims alleged in Plaintiffs' complaint.

Dated:  December 20, 2017

Hon. Stephen V. Wilson
United States District Judge