UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RON SARFATY and GARY SCHERER,<br><br>            Plaintiffs - Appellants,<br><br>   v.<br><br>CITY OF LOS ANGELES and DOES, 1-10,<br><br>            Defendants - Appellees. | No. 17-56468<br><br>D.C. No. 2:17-cv-03594-SVW-KS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered April 03, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7